**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jesus SARABIA, a/k/a Andre Williams, Defendant–Appellant.**

No. 04–50396.

D.C. No. CR–02–00074–VAP–01.

United States Court of Appeals, Ninth Circuit.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Submitted Oct. 11, 2005.\*

Decided Oct. 18, 2005.

Jerry A. Behnke, Riverside, CA, for Plaintiff–Appellee.

Rudy Kraft, San Luis Obispo, CA, for Defendant–Appellant.

Before T.G. NELSON, WARDLAW, and TALLMAN, Circuit Judges.

### MEMORANDUM \*\*

Jesus Sarabia appeals his guilty plea conviction and 240–month sentence imposed for conspiracy to manufacture and possess with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846, possession with intent to sell methamphetamine, in violation of 21 U.S.C. § 841(a)(1), and felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Sarabia has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Sarabia has not filed a pro se supplemental brief.

Because our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), indicates that Sarabia knowingly and voluntarily waived his right to appeal and was sentenced within the terms of the plea agreement, we enforce the waiver

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

and dismiss the appeal. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000) (stating that an appeal waiver is valid when it is entered knowingly and voluntarily).

Counsel's motion to withdraw is **GRANTED**, and the appeal is **DISMISSED**.

courts of this circuit except as provided by 9th Cir. R. 36–3.

